**Order entered January 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01004-CV

**ALEJANDRO VASQUEZ D/B/A DANI'S CONCRETE, Appellant**

**V.**

**KAPSEN DEVELOPMENT GROUP, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07342**

### ORDER

Before the Court is appellant's January 21, 2021 motion for an extension of time to file his letter brief in response to this Court's December 28, 2020 letter questioning our jurisdiction over this appeal. We **GRANT** the motion and extend the time to **February 5, 2021**.

/s/     KEN MOLBERG
          JUSTICE